EL JUEZ ASOCIADO SR. MACLEARY, emitió la siguiente opinión del Tribunal.

En esta causa los demandados fueron declarados culpables y condenados por el Tribunal de Distrito de Mayagüez, por infracción de la Ley Electoral, por haberse negado á inscribir en el Registro á un votante que reunía las condiciones como tal; y fueron multados en cien dollars cada uno. Contra esa sentencia han interpuesto recurso de apelación para ante esta Suprema Corte. Dicho recurso no debía haberse admitido. Según los artículos 14 y 161 del Código Penal, y el 345 de la Ley de Enjuiciamiento Criminal, hay que considerar este caso como un delito de *misdemeanor* (falta) y no cabe recurso para ante este Tribunal. Por cuya razón debe desestimarse el recurso por falta de jurisdicción, con las costas á los recurrentes.

*Desestimado.*

Jueces concurrentes- Sres. Presidente, Quiñones, y Asociados Hernandez, y Sulzbacher.

El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.

---

## EL PUEBLO v. RIOS.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 22.—Resuelto en Octubre 8, 1903.

APELACIÓN—PLIEGO DE EXCEPCIONES.—No habiendo pliego de excepciones , ni apareciendo de los autos que el Tribunal inferior haya incurrido en algún error manifiesto, la sentencia apelada debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado : *Sr. del Toro, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. SULZBACHER, emitió la siguiente opinión del Tribunal.

El acusado Evangelista Rios y Rosa fué debidamente juzgado por un Jurado y sentenciado por el Tribunal á la pena de dos años y medio de presidio con trabajos forzados,

que extinguirá en el Departamental de esta Isla, y al pago de las costas procesales. De dicha sentencia el acusado apeló para ante este Tribnnal Supremo. La apelación fué concedida. No se encuentra en los autos pliego de excepciones ni escrito alguno refiriéndose á error cometido por el Tribunal sentenciador, sin que esta Corte pueda hallar error alguno, y por tanto la sentencia de la Corte de Distrito de Mayagüez debe ser confirmada.

*Confirmada.*

Jueces concurrentes, Sres. Presidente, Quiñones y Asociados Hernandez y MacLeary.

El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.